# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2753
Lower Tribunal No. 2020-CA-009504-O

_____

LYNN SANDFORD,

Appellant,

v.

NORTH SHORE AT LAKE HART HOMEOWNERS' ASSOCIATION, INC., DAVID S. GORDON, JOHN DICK, STEPHEN SMITH, MICHAEL MCCAULEY, ROB TAUB, ALBERT PEARSALL, LISA SOLICK, PAUL SNYDER, JENNIFER ENGLERT, and THE ORLANDO LAW GROUP, PL,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Emerson R. Thompson, Jr., Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


Bruce Burtoff, of Bruce Burtoff, MD, PA, Orlando, for Appellant.

Thomas W. Sculco and Shannon McLin, of Florida Appeals, Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED